UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LAURIE ELLEN FLANAGAN,

        NO. CIV. S-07-333 LKK/GGH

    Plaintiff,

  v.                               O R D E R

BENICIA UNIFIED SCHOOL
DISTRICT, a governmental
agency, SHALEE CUNNINGHAM,
an individual,

    Defendants.
_____/

    The court is in receipt of plaintiff's motion to continue the hearing currently set for September 28, 2007, as well as defendants' opposition to this motion.

    Plaintiff's counsel declares that he may be in trial on another matter on September 28, 2007. He further declares that he is a solo practitioner, and therefore there are no other attorneys who could appear on his client's behalf in either matter. The court recognizes that counsel's inability to appear constitutes good cause. Moreover, defendants have not alleged any prejudice to them

1

should the hearing being continued, other than their desire to promptly resolve their Motion for Judgment on the Pleadings. The court therefore CONTINUES the hearing to October 9, 2007 at 10:00 A.M.

The briefing schedule remains unchanged; plaintiff's opposition must be filed no later than September 14, 2007 and defendants' reply must be filed no later than September 21, 2007

IT IS SO ORDERED.

DATED: September 17, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT