UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LAURIE ELLEN FLANAGAN,

        Plaintiff,

   v.

BENICIA UNIFIED SCHOOL DISTRICT, a governmental agency, SHALEE CUNNINGHAM, an individual,

        Defendants.

                             /

NO. CIV. S-07-333 LKK/GGH

O R D E R

    Pending before the court is the defendants' motion for a judgment on the pleadings and motion to dismiss. It appears that the plaintiff filed a first amended complaint in state court after the case was removed to this court. There is no record of the plaintiff having filed and served a first amended complaint in accordance with the local rules of this court.

    Accordingly, the plaintiff is ORDERED to file and serve the first amended complaint, which plaintiff had filed with this court on April 20, 2007 as an attachment to her status report, on or

1

1  before October 15, 2007. The hearing on the motion for judgment on
2  the pleadings and motion to dismiss is CONTINUED to November 13,
3  2007 at 10:00 AM. If the parties wish to file supplemental
4  briefing on these motions, they must do so on or before October 22,
5  2007. The supplemental briefing must not exceed ten (10) pages.
6       IT IS SO ORDERED.
7       DATED: October 4, 2007.

10  _____
    LAWRENCE K. KARLTON
    SENIOR JUDGE
11  UNITED STATES DISTRICT COURT

2