IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE ELLEN FLANAGAN,

    Plaintiff,               No. CIV S-07-0333 LKK GGH

    vs.

BENICIA UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff has filed an ex parte application to continue the November 15 and 29, 2007 hearing dates on defendants' motions to compel discovery. Defendants have filed an opposition. Due to the scheduling conflicts of plaintiff's counsel, no hearing will be held; however, joint statements will be due five court days prior to the originally scheduled hearing dates. Plaintiff is expected to participate in the preparation of the joint statements, pursuant to E. D. Local Rule 37-251.

        Accordingly, IT IS ORDERED that:

        1. Plaintiff's ex parte application to continue the November 15 and 29, 2007 hearings is denied. However, defendants' motions will be taken under submission after joint statements are filed.

\\\\\

1

1      2. Joints statements shall be filed five court days prior to the originally scheduled
2  hearing dates.
3  DATED:   11/7/07                                /s/ Gregory G. Hollows
                                                    UNITED STATES MAGISTRATE JUDGE
4  GGH:076
   Flanagan0333.exp.wpd