UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LAURIE ELLEN FLANAGAN,

        NO. CIV. S-07-333 LKK/GGH

    Plaintiff,

    v.                       O R D E R

BENICIA UNIFIED SCHOOL DISTRICT, a governmental agency, SHALEE CUNNINGHAM, an individual,

    Defendants.

        Plaintiff has filed an ex parte application seeking (1) leave to file a response to defendants' supplemental briefing, (2) a continuance of the hearing set for November 13, 2007, (3) leave to file a motion to modify the sanctions order, and (4) leave to present an *in camera* declaration supporting the motion to modify. Defendants have filed an opposition. Good cause not appearing, the plaintiff's applications are DENIED.

        IT IS SO ORDERED.

        DATED: November 9, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT