UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LAURIE ELLEN FLANAGAN,

        Plaintiff,

   v.

BENICIA UNIFIED SCHOOL
DISTRICT, a governmental
agency, SHALEE CUNNINGHAM,
an individual,

        Defendants.
_____/

NO. CIV. S-07-333 LKK/GGH

O R D E R

Pursuant to the telephonic conference held on January 4, 2008, the court orders as follows:

1. Good cause shown, defendant's motion to reset dates in this matter (Doc. No. 68) is GRANTED;

2. The scheduling order is hereby modified as follows:

    a. All discovery shall be completed by August 15, 2008, with expert disclosure due 45 days prior;

    b. All law and motion shall be completed by October 15, 2008;

1

1          c.   The pretrial conference is continued to January 5,
2          2009 at 3:30 p.m.; and
3          d.   Trial, estimated for seven days, is continued to
4          April 14, 2009.
5     IT IS SO ORDERED.
6     DATED: January 7, 2008.

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT