IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE ELLEN FLANAGAN,

    Plaintiff,                        No. CIV S-07-0333 LKK GGH

    vs.

BENICIA UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.               ORDER

_____/

        Presently before the court are defendants' motions to compel and for sanctions, filed October 25 and October 30, 2007. These motions were taken under submission without a hearing on November 20, 2007. See Order, filed November 7, 2007.

        At or about the time of the filing of these motions, the complaint in this case was in flux, the first amended complaint having been filed just prior to the discovery motions, and the district court having ruled on that complaint after one joint statement was filed and before the other joint statement was filed. Further amendments were ordered, leading to the currently operative third amended complaint, filed February 28, 2008, the first one to which an answer has been filed. During the time these discovery motions were submitted, it was unclear what the remaining claims would be. Fed. R. Civ. P. 26 provides for discovery only for matters relevant to a claim or defense. Since the precise parameters of the case were unknown during this time

1

1  period, it was unclear what discovery was to be permitted.

2  　　　　As the original complaint, which was operative at the time the discovery was first
3  propounded, was significantly different than the presently operative third amended complaint,
4  updated joint statements on the submitted motions will be required.

5  　　　　Accordingly, IT IS ORDERED that the parties shall submit concise joint
6  statements for the submitted motions which outline whether any disputes are remaining or
7  whether discovery is no longer necessary due to the intervening amendments to the complaint.
8  Any active disputes shall be outlined in accordance with E. D. Local Rule 37-251, and shall be
9  filed within **ten** days of this order.  The parties are reminded that pursuant to Local Rule 5-133,
10 they must submit courtesy copies to this chambers of any joint statements exceeding 25 pages,
11 and statements exceeding 15 pages must be accompanied by a table of contents and authorities.
12 After the submission of any joint statements, the court will issue an expeditious ruling.

13 DATED: 04/03/08

14 　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

15 　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
16 GGH:076
　Flanagan0333.dsy.wpd