LOUIS A. LEONE, ESQ. (SBN: 099874)
JAMES T. GOTCH, ESQ. (SBN: 125681)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:    (925) 974-8600
Facsimile:     (925) 974-8601

Attorneys for Defendants
BENICIA UNIFIED SCHOOL DISTRICT
and SHALEE CUNNINGHAM


KARL-FREDRIC J. SELIGMAN, ESQ. (SBN: 205223)
LAW OFFICE OF KARL-FREDRIC J. SELIGMAN
610 Georgia Street
Vallejo, CA 94590
Telephone:    (888) 558-0519 X705

Attorney for Plaintiff LAURIE ELLEN FLANAGAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LAURIE ELLEN FLANAGAN,<br><br>    Plaintiff,<br><br>v.<br><br>BENICIA UNIFIED SCHOOL DISTRICT, a governmental agency, and SHALEE CUNNINGHAM, an individual,<br><br>    Defendants. | Case No.:  2: 07-CV-00333-LKK-GGH<br><br>**ORDER ON JOINT STIPULATION EXTENDING TIME TO FILE UDATED JOINT STATEMENTS.**<br><br>Magistrate Judge:   Gregory G. Hollows<br>Courtroom:             No. 24 - 8th Floor |

Having reviewed the Stipulation submitted by the parties' respective counsel the deadline to submit updated joint statements is extended and now set for Thursday, April 17, 2008. The Court's April 3, 2008 Order is otherwise confirmed in all respects.

IT IS SO ORDERED:

Dated: 04/14/08

By: /s/ Gregory G. Hollows
_____
Hon. Gregory G. Hollows
Magistrate Judge of the District Court

Flanagan.ord

ORDER ON STIPULATION