UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LAURIE ELLEN FLANAGAN,

        Plaintiff,

   v.

BENICIA UNIFIED SCHOOL DISTRICT, a governmental agency, SHALEE CUNNINGHAM, an individual,

        Defendants.
_____/

NO. CIV. S-07-333 LKK/GGH

O R D E R

    The court is in receipt of plaintiff's counsel's October 2, 2008 application for order confirming substitution as in propria persona and notice of withdrawal, as well as plaintiff's declaration in support of the withdrawal. Accordingly, the court CONFIRMS that plaintiff's counsel is substituted for *in propria persona* representation. Counsel is ORDERED to release all client papers and property to client within fifteen (15) days of the date of this order, including correspondences, pleadings, deposition transcripts, exhibits, physical evidence, expert reports, and other

1

1 items reasonably necessary to the client's representation, whether
2 the client have paid for them or not, in accordance with Rule 3-
3 700(D) of the California Rules of Professional Conduct.
4     IT IS SO ORDERED.
5     DATED: October 9, 2008.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2